PROB 34
(Rev. 5/01)

# Report and Order Terminating Supervised Release

## UNITED STATES DISTRICT COURT
### FOR THE
### District of Guam

**FILED**
DISTRICT COURT OF GUAM
MAY 22 2006
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA

v.

JERRY TAIJERON GARRIDO

CRIMINAL CASE NO. 99-00039-001

It appearing that the above named has complied with the conditions of supervised release imposed by the order of the Court heretofore made and entered in this case and that the period of supervised release expired on **May 11, 2006**, I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
JOHN W. SAN NICOLAS II
U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: Marivic P. David, AUSA
    John Gorman, FPD
    File

**RECEIVED**
MAY 19 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

### ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this 22nd day of May 2006.

_____
JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

ORIGINAL ✓